UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

**FILED**

2019 APR 16 P 1: 40

U.S. DISTRICT COURT
EASTERN DIST. TENN.

_____ DEPT. CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:19-CR- 59 |
| v. ) | |
| ) | JUDGES Varlan \ Poplin |
| STEVEN MYNATT and ) | |
| DAVID NEWMAN ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that from in or around December 2015 through in or around March, 2019, within the Eastern District of Tennessee, the defendants STEVEN MYNATT and DAVID NEWMAN did combine, conspire, confederate and agree with each other and others known and unknown to the Grand Jury to commit violations of Title 21, United States Code, Section 841(a)(1), that is to knowingly, intentionally, and without authority distribute and dispense, and cause to be distributed and dispensed, outside the usual course of professional practice and not for a legitimate medical purpose, a quantity of pills containing controlled–substances to include hydrocodone, oxycodone, hydromorphone, oxymorphone, morphine (Schedule II controlled substances), and gabapentin (a Schedule V controlled substance).

[21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(c)]

## COUNTS TWO - THREE

The Grand Jury further charges that, on or about the dates listed below, within the Eastern District of Tennessee, the defendant STEVEN MYNATT did knowingly, intentionally, and without authority, distribute and dispense, and cause to be distributed and dispensed, not for a legitimate medical purpose and outside the usual course of professional practice, the following controlled substances:

| Count | Controlled Substance | Quantity | Strength | Patient | Date | Schedule |
|---|---|---|---|---|---|---|
| 2 | Oxycodone | 112 | 15 | V.T. | 3/13/19 | II |
| 3 | Oxycodone<br>MS Contin | 70<br>28 | 30<br>15 | L.D. | 2/4/19 | II<br>II |

[21 U.S.C. §§ 841(a)(1), 841(b)(1)(c)]

A TRUE BILL:

**SIGNATURE REDACTED**

GRAND JURY FOREPERSON

J. DOUGLAS OVERBEY
United States Attorney

By: _____
ANNE-MARIE SVOLTO
ASSISTANT UNITED STATES ATTORNEY

JOSEPH BEEMSTERBOER
DEPUTY CHIEF
CRIMINAL DIVISION, FRAUD SECTION

By: _____
DREW BRADYLYONS
ASSISTANT CHIEF
UNITED STATES DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION